UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-23938-CIV-KING/SIMONTON

ANDRES FELIPE ARIAS LEIVA,

    Petitioner,

v.

ROBERT WILSON as Acting Warden,
Federal Detention Center, Miami, Florida, et al.,

    Respondents.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION OF BAIL

    Petitioner, Andres Felipe Arias Leiva, sought expedited consideration of a Motion for Bail (DE 49), filed on December 13, 2018, with the Clerk of Court. At the request of the parties, the Court held a hearing on the motion on January 10, 2019. The Court had reopened the case for the limited purpose of "presentation of [evidence]" of changed circumstances relevant to the issue of whether Petitioner is a flight risk, as Magistrate Judge Simonton had found on August 27, 2017 (DE 31), and the Court affirmed on October 5, 2018 (DE 38).

    Upon careful review of the motion, the official docket sheet reflecting the procedural process, hearings and orders entered in the above-styled case to date, and evidence introduced at the hearing, and being otherwise duly advised in the premises, it is

    ORDERED, ADJUDGED and DECREED that for reasons stated in open court and on the record, the Court orders that Motion for Bail (DE 49) be denied, and that the Petitioner

remained detained based on risk of flight. Petitioner has not met his burden to show that the letter from Colombian Ambassador Francisco Santos constitutes a changed circumstance warranting Petitioner's release.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 23 day of January, 2019.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT COURT JUDGE