UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
┌─────────────────────────────┐
│ FILED BY_____D.C.         │
│                             │
│ FEB 26 2019                 │
│                             │
│ ANGELA E. NOBLE             │
│ CLERK U.S. DIST. CT.        │
│ S. D. OF FLA. - MIAMI       │
└─────────────────────────────┘
```

STEVEN M. LARIMORE
Clerk of Court

Appeals Section

Date:      2/26/2019

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

__ROA__

IN RE:   District Court No:   17-23938-CV   -   JLK

U.S.C.A. No:   18-14328-K

Style:   ARIAS LEIVA V WILSON ET AL

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

_____ 0 Volume(s) of pleadings

_____ 0 Volume(s) of Transcripts

_____ Exhibits:   _____ 0 boxes;   _____ 0 folders;

_____ 0 envelopes;   _____ 0 PSIs (sealed)

☐ other: _____

☐ other: _____

☐ Other: _____

☑ Other:   16-23468-CV JJO, (1) ACC. FOLDER w/ATTACH. DE#1

Sincerely,

Steven M. Larimore,  Clerk of Court

By: _Hope Hunt_
        Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

☒ 400 N. Miami Avenue        ☐ 299 E.  Broward Boulevard        ☐ 701 Clematis Street
Miami, Fl 33128-7716              Ft. Lauderdale, Fl 33301            West Palm Beach, Fl 33401
305-523-5080                          954-769-5413                          561-803-3408

CLOSED,JJO

# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:16-cv-23468-JJO
### Internal Use Only

USA v. Andres Felipe Arias Leiva
Assigned to: Ch. Magistrate Judge John J. O'Sullivan
Cause: 18:3181 Extradition to Foreign Country

Date Filed: 08/11/2016
Date Terminated: 11/02/2017
Jury Demand: None
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**                 represented by   **Robert J. Emery**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305.961.9421
Fax: 530-7976
Email: Robert.Emery2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher J. Smith**
US Dept. of Justice
1301 New York Avenue, NW
Washington, DC 20001
202-532-4154
Email: christopher.j.smith@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Rebecca A. Haciski**
US Department of Justice
1301 New York Avenue, NW
Washington, DC 20001
202-616-2534
Email: rebecca.haciski@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _Hope Hut_
Deputy Clerk
Date _2/26/19_

2/26/2019 9:48 AM

Andres Felipe Arias Leiva
13853-104
*YOB 1973; ENGLISH*

represented by  **David Oscar Markus**
Markus/Moss PLLC
40 N.W Third Street
Penthouse 1
Miami, FL 33128
305-379-6667
Fax: 305-379-6668
Email: dmarkus@markuslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emmanuel Perez**
Emmanuel Perez & Associates PA
901 Ponce de Leon Boulevard
Suite 101
Coral Gables, FL 33134
305-442-7443
Fax: 441-9218
Email: courtmail@lawperez.com
*TERMINATED: 09/08/2016*
*ATTORNEY TO BE NOTICED*

**Hans Burgos**
*TERMINATED: 08/25/2016*
*ATTORNEY TO BE NOTICED*

**Marc David Seitles**
Seitles & Litwin, P.A.
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
305-403-8070
Fax: 305-403-8210
Email: mseitles@seitleslaw.com
*ATTORNEY TO BE NOTICED*

**Ricardo Javier Bascuas**
University of Miami
School of Law
1311 Miller Drive
Coral Gables, FL 33146
305-284-2672
Fax: 305-284-1588
Email: rbascuas@law.miami.edu
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2016 | 1 | COMPLAINT for Extradition of Andres Felipe Arias Leiva. Filing fee $ 46.00. USA Filer - No Filing Fee Required, filed by United States of America. (Attachments: # 1 Civil Cover Sheet, # 2 Supplemental Attachment(s) for Government's Exhibit 1)(nc) (Entered: 08/11/2016) *See ACC Folder - Attachments Only* |